UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:24cv06113 DDP (SKx)                                   Date: October 29, 2024

Title   *BAN ALATTAR v. UNITED STATES OF AMERICA*

---

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
Not Present                         Not Present

**Proceedings:** (IN CHAMBERS) – ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **November 12, 2024**, why this action should not be dismissed for lack of prosecution as to defendant UNITED STATES OF AMERICA**.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendant** on or before the above date, as a satisfactory response to the Order to Show Cause.

The Status Conference [11] is continued from November 4, 2024 to **November 25, 2024**, at **10:00 A.M.** by Zoom. Zoom Webinar Information can be found on the Court's Website, under Judge Pregerson's Procedures and Schedules.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |